PROB 12C
(6/16)

Report Date: May 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thomas E Lafontaine | Case Number: 0980 4:15CR06017-EFS-1 |
| Address of Offender: ███████████ Kenewick, Washington 99336 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 14, 2016

Original Offense:    Attempted Enticement of a Minor, 18 U.S.C. § 2422(b)

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 25 years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 30, 2022 |
| Defense Attorney: |  To be assigned | Date Supervision Expires: December 29, 2047 |

### PETITIONING THE COURT

To issue a **warrant**.

On December 30, 2022, the undersigned officer reviewed with the defendant all the conditions of supervised release. The defendant verbalized a full understanding, signed a copy of his conditions, and a signed copy was given to him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: Defendant shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. Defendant shall immediately report any unauthorized contact with minor-aged children to the supervising officer.<br><br>**Supporting Evidence**: Thomas E. Lafontaine is considered to be in violation of his term of supervised release by having contact with minor children under the age of 18, without advance approval of the supervising officer on or about April 16, 2023.<br><br>On April 28, 2023, the probation office received information from a concerned citizen reporting Mr. Lafontaine was at a family member's minor child birthday party where other minor children were also present sometime during the weekend between April 21-24, 2023.<br><br>On May 1, 2023, Mr. Lafontaine reported to the probation office as required. During this office visit, the undersigned officer questioned the defendant about him having attended a minor child's birthday party. Mr. Lafontaine admitted to the undersigned officer to being at |

Prob12C
Re: Lafontaine, Thomas E
May 1, 2023
Page 2

a birthday party for his niece who is a minor child under the age of 10, and where other minor children were also present, on or about April 16, 2023. Mr. Lafontaine recognized he did not have permission to be at this birthday party, around minor children, and he chose to attend anyway because he wanted to be a part of the family.

Mr. Lafontaine did not have permission for the undersigned officer to have contact with minor children under the age of 18.

2  **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Thomas E. Lafontaine is considered to be in violation of his term of supervised release by being dishonest to the probation officer about having contact with minor children on or before April 28, 2023.

On April 28, 2023, the undersigned officer made contact with the defendant at his listed address. During this contact, Mr. Lafontaine denied having contact with minor children. The defendant mentioned his minor niece's birthday party took place at his sister's house, and he said he did not attend this birthday party because he is aware he does not have permission to have contact with minor children.

As mentioned in the allegation above, Mr. Lafontaine later admitted to the undersigned officer on May 1, 2023, to having contact with minor children as he attended the minor child's birthday party. Mr. Lafontaine also reported this birthday party did not take place at his sister's house as he previously told the undersigned officer, and admitted the party took place at his brother's house where he resides.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 1, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

May 2, 2023

Date