PROB 12C
(6/16)

Report Date: May 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thomas E Lafontaine | Case Number: 0980 4:15CR06017-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Kennewick, Washington 99336 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 14, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Attempted Enticement of a Minor, 18 U.S.C. § 2422(b) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 25 years | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | December 30, 2022 |
| Defense Attorney: | To be assigned | Date Supervision Expires: | December 29, 2047 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/1/2023.

On December 30, 2022, the undersigned officer reviewed with the defendant all the conditions of supervised release. The defendant verbalized a full understanding, signed a copy of the conditions, and a signed copy was given to him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 18**: Defendant shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. Defendant shall immediately report any unauthorized contact with minor-aged children to the supervising officer. |
| | **Supporting Evidence**: Thomas E. Lafontaine is considered to be in violation of his term of supervised release by having contact with minor children under the age of 18, without advance approval of the supervising officer on or before May 4, 2023. |
| | On May 4, 2023, Mr. Lafontaine reported to the probation office. The undersigned officer asked the defendant if he had any other unapproved contact with minor children besides the birthday party previously reported to the Court (ECF document number 63), to which the defendant said no. After further questioning, Mr. Lafontaine reported that he could not remember the date, but he had contact with a minor child, a girl scout girl who was selling cookies outside Wal-Mart, as he was leaving the store with his girlfriend. He reported he approached the girl scout cookie booth and purchased cookies directly from the minor child. |

Mr. Lafontaine did not immediately report this unauthorized contact to the undersigned officer as required.

4    **Special Condition # 18**: Defendant shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. Defendant shall immediately report any unauthorized contact with minor -aged children to the supervising officer.

**Supporting Evidence**: Thomas E. Lafontaine is considered to be in violation of his term of supervised release by having contact with minor children under the age of 18, without advance approval of the supervising officer on or before May 12, 2023.

On May 11, 2023, Mr. Lafontaine completed a polygraph examination. During this test, he disclosed to the polygrapher, Richard A. Schuknecht, to having attended dinners with family members where minor children were present on about five separate occasions. Mr. Lafontaine reported there were three to five minor children present during these dinners, ranging in age from 1 ½ to 14 years old.

On May 12, 2023, the undersigned officer made telephonic contact with Mr. Lafontaine and questioned him about the unauthorized contact with the minor children. Mr. Lafontaine admitted to the undersigned officer to having attended the above mentioned dinners where minors were contacted and present on five occasions. The defendant admitted to knowing he did not have permission to have contact with minor children.

Mr. Lafontaine did not have advanced permission to have contact with minor children and he did not immediately report this unauthorized contact to the undersigned officer as required.

5    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Thomas E. Lafontaine is considered to be in violation of his term of supervised release by being dishonest to the probation officer about having contact with minor children on or about May 4, and 8, 2023.

On May 4, 2023, the undersigned officer questioned Mr. Lafontaine if he had any other contact with minor children that the undersigned officer was not aware of, to which he said no. On May 8, 2023, the undersigned officer again questioned the defendant about having any unauthorized contact with minor children the undersigned officer was not aware of, and the defendant again said no.

As noted in the allegation above, on May 11, 2023, Mr. Lafontaine, during a polygraph exam, disclosed having unauthorized contact with minor children while attending family dinners on five separate occasions. The defendant admitted to being dishonest with the undersigned officer and the sex offender treatment therapist, Matt Cummings. On May 12, 2023, the defendant admitted to the undersigned officer to being dishonest because he knew this would place him in violation behavior.

Prob12C
**Re: Lafontaine, Thomas E**
**May 12, 2023**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 12, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

5/12/2023

Date